**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 455 WAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
       v. :
:
:
:
ROBERT BEBOUT, :
:
          Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal

is **DENIED**.